UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                                  :    CV11-2005 (Spatt. J.) (Wall, M.J.)
Suzette Belfon,                                 :    (ECF)
                                                                  :
                          Plaintiffs,       :    **NOTICE OF APPERANCE**
                                                                      :
              v.                                       :
                                                                    :
Janis I. Schaeffer, and                    :
Janet I. Schaeffer, M.D., P.C.,       :
                          Defendants.     :
                                                                  :
---------------------------------------------------------------- x

      PLEASE TAKE NOTICE that Joseph A. Piesco, Jr. of Kasowitz, Benson, Torres & Friedman LLP, hereby appears as counsel for Defendants Janis I. Schaeffer and Janet I. Schaeffer, M.D., P.C., in this action.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 27, 2011

                                   KASOWITZ, BENSON, TORRES
                                        & FRIEDMAN LLP

                                   By: /s/ Joesph A. Piesco, Jr.
                                       Joseph A. Piesco, Jr.

                                 1633 Broadway
                                 New York, New York 10019
                                 Tel: (212) 506-1700
                                 Fax: (212) 500-1800
                                 jpiesco@kasowitz.com

                                 *Defendants Janis I. Schaeffer and*
                                 *Janet I. Schaeffer, M.D., P.C.*